STATE v. LEWIS

No. 391PA83.

Case below: 63 N.C. App. 98.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 November 1983.

STATE v. REID

No. 373P83.

Case below: 56 N.C. App. 257.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 3 November 1983.

WILSON BROTHERS v. MOBIL OIL

No. 428P83.

Case below: 63 N.C. App. 334.

Petitions by defendants and plaintiffs for discretionary review under G.S. 7A-31 denied 3 November 1983.

WRIGHT v. COMMERCIAL UNION INS. CO.

No. 463P83.

Case below: 63 N.C. App. 465.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 November 1983.